[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11728
Non-Argument Calendar

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2005
THOMAS  K. KAHN
CLERK

D.C. Docket No. 04-00106-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARREN WAYNE EDEKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(October 25, 2005)**

Before BLACK, BARKETT and HILL, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Darren Wayne Edeker in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Edeker's conviction and sentence are **AFFIRMED**.